# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRIC OF OKLAHOMA

| | |
|---|---|
| 1. DEUNA R. SANBURG,<br><br>                    Plaintiff,<br>v.<br><br>1. ISL EMPLOYEES, INC. d/b/a RAMBLING OAKS ASSISTED LIVING,<br>2. INTEGRAL SENIOR LIVING, LLC d/b/a RAMBLING OAKS ASSISTED LIVING, and<br>3. ADP TOTALSOURCE I, INC.,<br><br>                    Defendants. | CIV-17-1108-M |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-styled and numbered action is hereby dismissed with prejudice, with each party bearing its own costs and attorney's fees.

                                                                     Respectfully submitted,

                                                                     s/ Lauren W. Johnston
                                                                     Jana B. Leonard, OBA #17844
                                                                     Lauren W. Johnston, OBA #22341
                                                                     Shannon C. Haupt, OBA#18922
                                                                     **LEONARD & ASSOCIATES, P.L.L.C.**
                                                                     8265 S. Walker
                                                                     Oklahoma City, Oklahoma 73139
                                                                     Telephone: (405) 239-3800
                                                                     Facsimile: (405) 239-3801
                                                                     *Attorneys for Plaintiff*

      s/ Jason L. Callaway
J. Christopher Davis, OBA#16639
Jason L. Callaway, OBA #31958
**JOHNSON & JONES, P.C.**
Two Warren Place
6120 South Yale, Suite 500
Tulsa, Oklahoma 74136
Telephone: (918) 584-6644
Facsimile: (888) 789-0940
*Attorneys for Defendants ISL Employees, Inc. and Integral Senior Living, LLC*

      s/ Christopher E. Hoyme
Christopher E. Hoyme
**JACKSON LEWIS P.C.**
10050 Regency Circle, Suite 400
Omaha, NE 68114
Phone: (402) 391-1991
Facsimile: (402) 391-7363
*Attorneys for Defendant ADP TotalSource I, Inc.*